UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 09CR1393-BTM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| KERRY CORNELL WILLIAMS (1), | ) | |
| DAMIAN ABDON MORENO-LOPEZ (2) | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**IT IS HEREBY ORDERED** after appropriate inquiry and good cause being shown that the sentencing hearings in the above-captioned case be continued from February 19, 2010 at 9:30 a.m., for WILLIAMS, and February 12, 2010 at 11:30 a.m., for MORENO-LOPEZ, to **March 19, 2010 at 10:00 a.m.** for both defendants.

DATED: February 10, 2010

_Barry Ted Moskowitz_
Honorable Barry Ted Moskowitz
United States District Judge